# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 05, 2024

Mr. Keefe Michael Bernstein
U.S. Securities & Exchange Commission
Trial Unit
801 Cherry Street
Suite 1900
Fort Worth, TX 76102

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701

No. 24-10788 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Bernstein, Mr. Edney,

Counsel failed to complete the lower portion of the form. Questions 1-3 of Part B of the appearance form must be completed, if not it will be deemed as incomplete. Please complete questions 1-3 and resubmit your form.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Tammy S. Tyson, Deputy Clerk