HUNTON
ANDREWS KURTH

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE,
NW WASHINGTON, D.C. 20037-1701

TEL 202 • 955 • 1500
FAX 202 • 778 • 2201

MICHAEL J. EDNEY
DIRECT DIAL: 202 • 778 • 2204
EMAIL: medney@hunton.com

October 25, 2024

***FILED VIA ECF***
Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

**Re: *Securities and Exchange Commission v. Barton*, Case No. 24-10788: Unopposed Request for a Level-1 Extension of Time Pursuant to Fifth Circuit Rule 31.4.3.1**

Dear Mr. Cayce:

Appellant Timothy Barton respectfully requests a 30-day extension of time to file his Petitioner's Brief in Case No. 24-10788. That brief is currently scheduled to be filed on Tuesday, November 11, 2024. If granted, the requested extension would result in Appellant's brief being due on Thursday, December 5, 2024. The Appellant has not previously sought an extension of a briefing deadline in this matter.

This requested extension is unopposed and there is good cause for granting it. The requested extension would assist in accommodating the other briefing deadlines and hearing dates of undersigned counsel in courts of appeal. It would also allow progress on a related, fully briefed appeal in Case No. 23-11237, the resolution of which would materially affect the issues in this appeal.

Appellant has conferred with counsel for the Appellee, the United States Securities and Exchange Commission, who confirmed that the Appellee does not oppose the requested Level 1 extension.

The Appellant is grateful for your consideration of this request.

Respectfully submitted,

Michael J. Edney

cc: Counsel for the United States Securities and Exchange Commission