# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 04, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-10788 SEC v. Barton
USDC No. 3:22-CV-2118

The court has granted the motion to stay this case pending issuance of the mandate in case no. 23-11237.

Sincerely,

LYLE W. CAYCE, Clerk

By: Christina Gardner

Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. Keefe Michael Bernstein
Mr. Michael J. Edney
Mr. Ezekiel Levenson Hill